# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lawrence Coleman, | Civ. No. 22-526 (KMM/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Ericka; Park 7 Apartment Mgr; and Owners, St Olives, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to Amend filed on June 23, 2022. (Doc. No. 12.) On June 2, 2022, the Court ordered Plaintiff to file an Amended Complaint by June 30, 2022. (Doc. No. 11.) On June 23, 2022, Plaintiff filed a "Motion to Amend Complaint." (Doc. No. 12.) In it, Plaintiff appears to complain that he has had issues with prosecuting his case because of various delays. (*Id.*) Because Plaintiff is proceeding *pro se*, the Court must construe his filings liberally. *See, e.g.*, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). The Court thus construes Plaintiff's "Motion to Amend Complaint" as a request for an extension of the June 30, 2022 motion to amend deadline. Plaintiff's request is **GRANTED**. The Court will give Plaintiff a two-week extension. Plaintiff's Amended Complaint is now due **July 14, 2022**.

**IT IS SO ORDERED.**

Dated: June 27, 2022

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge