UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lawrence Coleman,

                Plaintiff,

v.

Ericka et al.,

                Defendants.

Case No. 22-526 (KMM/ECW)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Becky Thorson,[1] dated September 13, 2022. [R&R, ECF No. 14]. No objections have been filed to that R&R in the permitted time period.

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, Judge Thorson committed no error, clear or otherwise.

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation [ECF No. 14] is **ACCEPTED**.

---

[1] Judge Thorson authored the R&R in this case prior to retiring in November 2022.

2. Plaintiff Lawrence Coleman's Application to Proceed in District Court Without Prepayment of Fees or Costs [ECF No. 2] is **DENIED** as moot.

3. This action is **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

   **Let Judgment Be Entered Accordingly.**

Date: January 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　*s/ Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge